UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-08899-WLH-PVC | | Date | March 6, 2026 |
|---|---|---|---|---|
| Title | *Roman Oulko v. First Element Fuel, Inc. et al.* | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER MOOTING DEFENDANT'S MOTION TO DISMISS [21]**

Upon consideration of Defendant Chevron U.S.A. Inc.'s Motion to Dismiss ("Defendant's Motion to Dismiss," Dkt. 21), it is hereby **ORDERED** that this pending motion is **DENIED** as moot. Accordingly, the hearing scheduled for March 13, 2026, is hereby **VACATED**.

Defendant Chevron U.S.A. Inc.'s Motion to Dismiss is moot as the motion is based on Plaintiffs' initial complaint, which is no longer the operative complaint in this case. Plaintiffs First Amended Complaint ("First Amended Complaint," Dkt. No. 25) ("FAC"), shall be deemed the operative complaint.

**IT IS SO ORDERED.**