GARY T. LAFAYETTE (SBN 88666)
glafayette@sandersroberts.com
**SANDERS ROBERTS LLP**
555 12th Street, Suite 1250
Oakland, California 94607
Telephone: (415) 357-4600
Facsimile: (415) 577-4605

ROBERT K. DIXON (SBN 262252)
rdixon@sandersroberts.com
**SANDERS ROBERTS LLP**
101 West Broadway, Suite 1105
San Diego, California 92101
Telephone: (619) 398-4800
Facsimile: (213) 234-9669

Attorneys for Defendant
EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US
(Erroneously Sued As Shell Oil Company)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROMAN OULKO,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ELEMENT FUEL, INC., a California Stock Corporation, dba TRUE ZERO; SHELL USA, INC.; dba SHELL OIL COMPANY, a Texas corporation; AIR PRODUCTS AND CHEMICALS, INC.; CHEVRON U.S.A. INC., IWATANI CORPORATION OF AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-08899-WLH-PVC<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: August 15, 2025<br><br>Action Removed: September 18, 2025 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The parties to the above-captioned action, Plaintiff, Roman Oulko, and all Defendants (collectively, the "Parties"), through their respective attorneys of record, hereby jointly give the Court notice that they have reached a settlement in this matter.

The parties have agreed to all material terms and are working to memorialize the settlement agreement. The Parties, therefore, request that this Court vacate all currently set dates with the expectation that the settlement will be consummated within forty-five days. Once the settlement agreement is fully executed, the Parties will file a Joint Stipulation for Dismissal with prejudice as to all parties. Plaintiff

Dated: June 12, 2026

**LEVI & KORSINSKY, LLP**

By: */s/ Jason Ingber*
Jason Ingber
Attorneys for Plaintiffs
ROMAN OULKO

Dated: June 12, 2026

**SANDERS ROBERTS LLP**

By: */s/ Robert K. Dixon*
Robert K. Dixon
Attorneys for Defendant
EQUILON ENTERPRISES LLC D/B/A
SHELL OIL PRODUCTS US

DATED: June 12, 2026

**BLANK ROME LLP**

By: /s/ Cheryl S. Chang
Cheryl S. Chang
Attorneys for Defendants
AIR PRODUCTS AND CHEMICALS, INC. and FIRSTELEMENT FUEL, INC.

DATED: June 12, 2026

**MUNGER, TOLLES & OLSON**

By: /s/ Kuruvilla J. Olasa
Kuruvilla J. Olasa
Attorneys for Defendant
CHEVRON U.S.A. INC.

DATED: June 12, 2026

**HILL FARRER & BURRILL LLP**

By: /s/ William A. White
William A. White
Attorneys for Defendant
IWATANI CORPORATION OF AMERICA

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document are acceptable to each of the attorneys executing the document and that I obtained each attorneys' authorization to file this document.

By: */s/ Robert K. Dixon*
Robert K. Dixon