Jason M. Ingber (SBN 318323)
ji@jasoningber.com
**INGBER LAW GROUP**
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Telephone: (213) 805-8373

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROMAN OULKO,

Plaintiff,

v.

FIRST ELEMENT FUEL, INC., a California Stock Corporation, dba TRUE ZERO; SHELL USA, INC., dba SHELL OIL PRODUCTS USA, a Texas corporation; AIR PRODUCTS AND CHEMICALS, INC.; CHEVRON U.S.A. INC.; IWATANI CORPORATION OF AMERICA; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-08899-WLH-PVC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Hon. Wesley L. Hsu

Courtroom 9B, 9th Floor

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Roman Oulko hereby gives notice that this action is voluntarily dismissed. Defendants First Element Fuel, Inc., a California Stock Corporation, dba True Zero; Shell USA, Inc., dba Shell Oil Products USA, a Texas corporation; Air Products and Chemicals, Inc.; Chevron U.S.A. Inc.; Iwatani Corporation of America; and Does 1 through 10, inclusive, have not served a motion for summary judgment in this action. Accordingly, Plaintiff notices the voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Jason M. Ingber*

Jason M. Ingber (SBN 318323)
ji@jasoningber.com
**INGBER LAW GROUP**
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Telephone: (213) 805-8373

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2026, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served electronically through the court's electronic filing system upon all parties appearing on the Court's ECF service list.

*/s/ Jason M. Ingber*
Jason M. Ingber